# IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| RICHARD BLANCH, VIVIANNA BLANCH, RED BRIDGE & STONE, LLC and CLOVIS HOLDINGS LLC, | § § § § § | No. 262, 2023 |
| | § § | Court Below—Court of Chancery of the State of Delaware |
| Defendants, Nominal Defendant, Counterclaim and Third-Party Plaintiffs Below/ Appellants, | § § § § § | C.A. No. 2018-0394 |
| v. | § § § | |
| STONE & PAPER INVESTORS, LLC, and CLOVIS HOLDINGS, LLC, | § § § § | |
| Plaintiffs and Counterclaim Defendants Below/Appellees, | § § § § | |
| and | § § § | |
| JAD TRADING LLC, DIAMOND CARTER TRADING, LLC, JOHN DIAMOND, KANOKPAN KHUMPOO, ALBERT CARTER, ELIZABETH CARTER, EISENBERG & BLAU CPAS, P.C., RICHARD EISENBERG, and DDK & COMPANY, LLP, | § § § § § § § § § § | |
| Counterclaim and Third-Party Defendants Below/Appellees. | § § § | |

Submitted: January 24, 2024
Decided: February 7, 2024

Before **SEITZ**, Chief Justice; **LEGROW** and **GRIFFITHS**, Justices.

## ORDER

This 7th day of February, 2024, after careful consideration of the parties' briefs and the record below, and following oral argument, we find it evident that the judgment of the Court of Chancery should be affirmed on the basis of and for the reasons stated in the Memorandum Opinion dated June 20, 2020; telephonic rulings and order dated November 18, 2020; post-trial Memorandum Opinion dated July 30, 2021; Order Denying Motions for Reargument dated September 17, 2021; Telephonic Bench Ruling dated December 27, 2021; Order dated June 1, 2022; Bench Ruling and Orders dated December 5, 2022; Order Denying Motions for Reargument dated February 1, 2023; Letter Decision dated April 6, 2023; and Order and Final Judgment dated July 7, 2023.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Court of Chancery is AFFIRMED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Chief Justice